IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| LAUD ESSANDOH, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:25-cv-00794-SDJ-AGD |
| | § | |
| JPMORGAN CHASE BANK, N.A., | § | |
| | § | |
| Defendant. | § | |

## JPMORGAN CHASE BANK, N.A.'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT[1]

Defendant JPMorgan Chase Bank, N.A. ("**Chase**"), by and through its undersigned counsel, hereby answers and responds to the Complaint (the "**Complaint**") filed by Plaintiff Laud Essandoh (the "**Plaintiff**"), as follows:

### STATEMENT

1. No response is required as no allegations are alleged in paragraph 1 of the Complaint.

2. Chase lacks information to admit or deny the allegations contained in paragraph 2 of the Complaint, and therefore, the allegations are denied.

3. Chase lacks information to admit or deny the allegations contained in paragraph 3 of the Complaint, and therefore, the allegations are denied.

4. Chase denies the allegations contained in paragraph 4 of the Complaint.

---

[1] The numbering of the paragraphs in plaintiff's complaint is inconsistent and difficult to decipher making it difficult to prepare an answer under the Federal Rules of Civil Procedure. Chase is doing its best to make the response to the Complaint as streamlined as possible to the underlying complaint.

5.  No response is necessary to paragraph 5 of the Complaint since no allegations are set forth. To the extent a response is required Chase denies the allegations contained in paragraph 5 of the Complaint.

## PARTIES

6.  Chase lacks information to admit or deny the allegations contained in paragraph 6 of the Complaint, and therefore, the allegations are denied.

7.  Chase lacks information to admit or deny the allegations contained in paragraph 7 of the Complaint, and therefore, the allegations are denied.

8.  Chase denies the allegations contained in paragraph 8 of the Complaint.

9.  Chase denies the allegations contained in paragraph 9 of the Complaint.

10. No response is necessary to paragraph 10 of the Complaint because it calls for a legal conclusion. To the extent a response is necessary Chase denies the allegations contained in paragraph 10 of the Complaint.

11. Chase admits the allegations contained in paragraph 11 of the Complaint.

12. Chase lacks information to admit or deny the allegations contained in paragraph 12 of the Complaint, and therefore, the allegations are denied.

13. No response is necessary to paragraph 13 of the Complaint because it calls for a legal conclusion. To the extent a response is necessary, Chase denies the allegations contained in paragraph 13 of the Complaint.

14. Chase denies the allegations contained in paragraph 14 of the Complaint.

15. Chase denies the allegations contained in paragraph 15 of the Complaint.

16. Chase denies the allegations contained in paragraph 16 of the Complaint.

17. Chase denies the allegations contained in paragraph 17 of the Complaint.

PERSONAL\326447726.v1

18. Chase denies the allegations contained in paragraph 18 of the Complaint.

19. Chase denies the allegations contained in paragraph 19 of the Complaint.

20. Chase denies the allegations contained in paragraph 20 of the Complaint.

## FACTUAL ALLEGATIONS

21. Chase lacks information to admit or deny the allegations contained in paragraph 21 of the Complaint, and therefore, the allegations are denied.

22. Chase denies the allegations contained in paragraph 22 of the Complaint.

23. Chase denies the allegations contained in paragraph 23 of the Complaint.

24. Chase denies the allegations contained in paragraph 24 of the Complaint.

25. Chase lacks information to admit or deny the allegations contained in paragraph 25 of the Complaint, and therefore, the allegations are denied.

26. Chase lacks information to admit or deny the allegations contained in paragraph 26 of the Complaint, and therefore, the allegations are denied.

27. Chase lacks information to admit or deny the allegations contained in paragraph 27 of the Complaint, and therefore, the allegations are denied.

28. Chase denies the allegations contained in paragraph 28 of the Complaint.

29. No response is necessary to paragraph 29 of the Complaint because it calls for a legal conclusion.  To the extent a response is necessary, Chase denies the allegations contained in paragraph 29 of the Complaint.

30. Chase denies the allegations contained in paragraph 30 of the Complaint.

31. Chase denies the allegations contained in paragraph 31 of the Complaint.

32. Chase lacks information to admit or deny the allegations contained in paragraph 32 of the Complaint, and therefore, the allegations are denied.

33. Chase lacks information to admit or deny the allegations contained in paragraph 33 of the Complaint, and therefore, the allegations are denied.

34. Chase denies the allegations contained in paragraph 34 of the Complaint.

35. Chase denies the allegations contained in paragraph 35 of the Complaint.

36. Chase denies the allegations contained in paragraph 36 of the Complaint.

37. Chase denies the allegations contained in paragraph 37 of the Complaint.

38. Chase lacks information to admit or deny the allegations contained in paragraph 38 of the Complaint, and therefore, the allegations are denied.

39. Chase lacks information to admit or deny the allegations contained in paragraph 39 of the Complaint, and therefore, the allegations are denied.

40. Chase denies the allegations contained in paragraph 40 of the Complaint.

41. Chase denies the allegations contained in paragraph 41 of the Complaint.

42. Chase denies the allegations contained in paragraph 42 of the Complaint.

## CAUSES OF ACTION
## COUNT I-WILLFUL VIOLATION OF 15 U.S.C. 1681 §s-2(a)(1) – FURNISHING INACCURATE INFORMATION

1. *[sic]*   Chase denies the allegations contained in paragraph 1 of the Complaint.

2. *[sic]*   Chase denies the allegations contained in paragraph 2 of the Complaint.

3. *[sic]*   Chase denies the allegations contained in paragraph 3 of the Complaint.

## COUNT II-WILLFUL VIOLATION OF 15 U.S.C. § 1681s-2(a)(2) – FAILURE TO UPDATE OR CORRECT INACCURATE INFORMATION

1. *[sic]*   Chase denies the allegations contained in paragraph 1 of the Complaint.

2. *[sic]*   Chase denies the allegations contained in paragraph 2 of the Complaint.

3. *[sic]*   Chase denies the allegations contained in paragraph 3 of the Complaint.

### COUNT III-WILLFUL VIOLATION OF 15 U.S.C. § 1681s-2(b) – FAILURE TO CONDUCT REASONABLE INVESTIGATIONS

1. *[sic]*   Chase denies the allegations contained in paragraph 1 of the Complaint.

2. *[sic]*   Chase denies the allegations contained in paragraph 2 of the Complaint.

3. *[sic]*   Chase denies the allegations contained in paragraph 3 of the Complaint.

### COUNT IV-NEGLIGENT VIOLATION OF 15 U.S.C. § 1681s-2(b) – FAILURE TO CONDUCT REASONABLE INVESTIGATIONS

1. *[sic]*   Chase denies the allegations contained in paragraph 1 of the Complaint.

2. *[sic]*   Chase denies the allegations contained in paragraph 2 of the Complaint.

3. *[sic]*   Chase denies the allegations contained in paragraph 3 of the Complaint.

### SUMMARY OF FCRA VIOLATIONS IN TOTAL

1. *[sic]*   Chase denies the allegations contained in the Summary of Violations paragraphs of the Complaint.

### DAMAGES

1. *[sic]*   Chase denies the allegations contained in plaintiff's damages section of the Complaint.

### JURY DEMAND

Jury Demand Paragraph of the Complaint does not require a response from Chase but to the extent a response is required Chase denies that Plaintiff is entitled to a jury trial.

### PRAYER FOR RELIEF

Chase denies that Plaintiff is entitled to any of the relief requested. Chase denies that Plaintiff suffered damages and demands strict proof.

## **AFFIRMATIVE DEFENSES**

Chase asserts the following affirmative defenses:

1. Any damages Plaintiff may have suffered, which Chase continues to deny, were the direct and proximate result of the conduct of Plaintiff. Therefore, the Plaintiff is estopped and barred from recovering any damages.

2. Any damages Plaintiff may have suffered, which Chase continues to deny, was caused not by Chase but by intervening causes.

3. Plaintiff is not entitled to punitive damages because Chase did not act or fail to act in a manner sufficient to give rise to punitive damages. To the extent that Plaintiff may seek punitive damages, Plaintiff's recovery is limited by the Texas and/or U.S. Constitution.

4. Plaintiff's claims against Chase are limited or barred for lack of Article III standing.

5. Plaintiff's claims against Chase are limited or barred because Plaintiff has not suffered any concrete harm.

6. Plaintiff's claims are subject to binding arbitration and this matter should be stayed pending arbitration.

7. Plaintiff's claims may be barred by the applicable statute of limitations.

8. Chase reserves the right to assert additional affirmative defenses at such time and to such extent as warranted by discovery and the factual developments in this case.

Respectfully submitted,

By: */s/Gregg D. Stevens*
    Gregg D. Stevens, SBN: 19182500
    Helen Mosothoane, SBN: 24096191
    Sharonda D. Roberson, SBN: 24133402
    **HINSHAW & CULBERTSON, LLP**
    1717 Main Street, Suite 3625
    Dallas, Texas 75201
    Telephone: 945-229-6377
    Facsimile: 312-704-3001
    gstevens@hinshawlaw.com
    hmosothoane@hinshawlaw.com
    sroberson@hinshawlaw.com

***ATTORNEYS FOR DEFENDANT JPMORGAN CHASE BANK, N.A.***

## CERTIFICATE OF SERVICE

    I hereby certify that on September 29, 2025, a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing has been forwarded to all parties, by and through their attorneys of record, in accordance with Federal Rules of Civil Procedure.

    */s/ Gregg D. Stevens*
    **GREGG D. STEVENS**

PERSONAL\326447726.v1